**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LEI CHEN,

                    Plaintiff,

   -against-                                    22 **CIVIL** 7760 (VEC)

## JUDGMENT

CENNTRO ELECTRIC GROUP LTD, CENNTRO AUTOMOTIVE CORPORATION, CENNTRO AUTOMOTIVE GROUP, GREENLAND TECHNOLOGIES HOLDING CORP., GREENLAND ACQUISITION CORPORATION, ZUGUANG "PETER" WANG, individually, RAYMOND WANG, individually,

                    Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2023, Plaintiff's case is DISMISSED for lack of personal jurisdiction; accordingly, the case is closed.

**Dated:**  New York, New York

       March 31, 2023

                                                                           **RUBY J. KRAJICK**

                                                                           _____
                                                                             **Clerk of Court**

                         **BY:**       *K. Mango*

                                                                           _____
                                                                             **Deputy Clerk**